## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON K. HENGGELER and DAVID RANDALL, On behalf of themselves and all others similarly situated, | ) ) ) ) ) | 8:11CV334 |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| BRUMBAUGH & QUANDAHL P.C., LLO, KIRK E. BRUMBAUGH, MARK QUANDAHL, LIVINGSTON FINANCIAL, LLC, MIDLAND FUNDING, LLC, d/b/a ENCORE FUNDING, LLC, A Fictitious Name, and LVNV Funding, LLC, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the Plaintiffs' Motion for Leave to Obtain Service on Defendant Kirk E. Brumbaugh Pursuant to Fed. R. Civ. P. 4(e)(1) (Filing No. 19). The plaintiffs filed a declaration (Filing No. 20) in support of the motion. The plaintiffs seek to use the procedure set forth in Neb. Rev. Stat. § 25-517.02(1) to obtain service on the defendant Kirk E. Brumbaugh. The court being fully advised in the premises finds that the motion should be granted.

**IT IS ORDERED:**

1.  The Plaintiffs' Motion for Leave to Obtain Service on Defendant Kirk E. Brumbaugh Pursuant to Fed. R. Civ. P. 4(e)(1) (Filing No. 19) is granted.

2.  The plaintiffs may attempt service of the First Amended Complaint on Kirk E. Brumbaugh at his usual place of residence by leaving a copy at the defendant's residence, and mailing a copy via first class mail to his place of residence.

Dated this 25th day of October, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge