# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SHARON K. HENGGELER, et al.,** ) | |
| ) | 8:11CV334 |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| **BRUMBAUGH & QUANDAHL,** ) | |
| **P.C., LLO, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of counsel for the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

**IT IS SO ORDERED.**

DATED this 12th day of December, 2011.

                                                   BY THE COURT:

                                                   s/ Thomas D. Thalken
                                                   United States Magistrate Judge