# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON K. HENGGELER and DAVID RANDALL, On behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BRUMBAUGH & QUANDAHL P.C., LLO, KIRK E. BRUMBAUGH, MARK QUANDAHL, LIVINGSTON FINANCIAL, LLC, MIDLAND FUNDING, LLC, d/b/a ENCORE FUNDING, LLC, A Fictitious Name, and LVNV Funding, LLC, <br><br> Defendants. | Case No.: 8:11-CV-334 <br><br> **PLAINTIFFS' NOTICE OF NEW AUTHORITY IN OPPOSITION TO MIDLAND FUNDING'S MOTION TO COMPEL OR DISMISS IN FAVOR OF ARBITRATION (Filing #45)** |

COME NOW the Plaintiffs herein by and through counsel of record with this notice to the Court of the recent decision in *Webb v. Midland Credit Management, Inc.*, 2012 WL 2022013 (N.D. Ill. May 31, 2012)(which includes Midland Funding, LLC as a defendant), attached hereto. It is applicable to Plaintiffs' Opposition to Midland Funding, LLC's Motion to Stay and to Compel Arbitration, or Alternatively, Motion to Dismiss in Favor of Arbitration (Filing No. 58) at pages 3 to 4.

Dated this 13th day of June 2012.

        Sharon K. Henggeler and David Randall, On Behalf of themselves and all others similarly situated, Plaintiffs,

By:  */s/William L. Reinbrecht*

William L. Reinbrecht, #20138
Pamela A. Car, #18770
Car & Reinbrecht, P.C., LLO
720 Frederick Street, Suite 105
Omaha, NE 68124
(402) 391-8484
E-mail: pacwlr@earthlink.net

And

O. Randolph Bragg
HORWITZ, HORWITZ & ASSOC.
25 East Washington St., Suite 900
Chicago, IL 60602
(312) 372-8822
(312) 372-1673 - Fax
ATTORNEYS FOR PLAINTIFFS
AND THE PUTATIVE CLASS

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 13, 2012, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

Douglas E. Quinn
J. Scott Paul
MCGRATH NORTH MULLIN & KRATZ, P.C., LLO
1601 Dodge Street
First National Tower, Suite 3700
Omaha, NE 68102

Cory J. Rooney
BRUMBAUGH & QUANDAHL, P.C.
4885 S. 118th Street, Suite 100
Omaha, NE 68137

Joseph E. Jones
Luke J. Klinker
Elizabeth A. Culhane
Fraser Stryker, P.C., LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102

     And I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:   N/A

                              By:  */s/William L. Reinbrecht*
                                    William L. Reinbrecht #20138
                                    Car & Reinbrecht, P.C., L.L.O.
                                    8720 Frederick Street, #105
                                    Omaha, NE 68124
                                    1 (402) 391-8484