IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON K. HENGGELER, On behalf of herself and all others similarly situated, and DAVID RANDALL, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>V.<br><br>BRUMBAUGH & QUANDAHL, P.C., LLO, KIRK E. BRUMBAUGH, MARK QUANDAHL, LIVINGSTON FINANCIAL, LLC, MIDLAND FUNDING, LLC, A Fictitious Name, and LVNV FUNDING, LLC,<br><br>        Defendants. | 8:11CV334<br><br>ORDER |

This matter is before the Court on Defendant LVNV Funding, LLC's motion requesting that Keren E. Gesund be allowed to withdraw as its counsel in this matter. (Filing 117.) Upon the representation that LVNV will continue to be represented in this action, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. Defendant LVNV Funding, LLC's Motion to Withdraw Counsel (filing 117) is granted.

2. The Clerk of Court shall terminate the appearance of Keren E. Gesund as counsel for LVNV and shall terminate future notices to her in this case.

**DATED April 1, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**