IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON K. HENGGELER and DAVID RANDALL, on behalf of themselves and all others similarly situated, | ) ) ) ) | CASE NO. 8:11-CV-00334 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | **MOTION BY DEFENDANTS BRUMBAUGH & QUANDAHL, P.C.,** |
| BRUMBAUGH & QUANDAHL P.C., LLO, KIRK E. BRUMBAUGH, MARK QUANDAHL, LIVINGSTON FINANCIAL, LLC, MIDLAND FUNDING, LLC, d/b/a ENCORE FUNDING, LLC, A Fictitious Name, and LVNV Funding, LLC, | ) ) ) ) ) ) ) | **LLO, KIRK BRUMBAUGH AND MARK QUANDAHL FOR HEARING BEFORE MAGISTRATE JUDGE CHERYL ZWART TO FINALIZE SETTLEMENT TERMS** |
| Defendants. | ) | |

COME NOW Defendants Brumbaugh & Quandahl P.C., LLO, Kirk Brumbaugh and Mark Quandahl (collectively, the "B&Q Defendants"), and pursuant to Local Civil Rule 7.1(a)(1)(B), move the Court for an Order setting this matter for a hearing before Magistrate Judge Cheryl Zwart, to assist the parties in finalizing the terms of a settlement reached during an earlier settlement conference presided over by Judge Zwart.

In support of this Motion, the B&Q Defendants show to the Court as follows:

1.      On April 15, 2013, the parties participated in a settlement conference presided over by Judge Zwart.  (See Filing No. 119).  During that settlement conference, the parties reached a basic settlement agreement and the basic terms of the parties' settlement were read into the record.  (See Filing No. 120).

2.      With agreement from all parties, counsel for the B&Q Defendants thereafter drafted and circulated a settlement agreement.

3.      The parties have worked diligently to reach agreement regarding all terms contained in the draft Settlement Agreement.  Despite diligent efforts by counsel for all parties involved, the parties have been unable to reach agreement regarding the inclusion of a few remaining terms in the Settlement Agreement.

WHEREFORE, the B&Q Defendants pray for an order setting this matter for a hearing before Magistrate Judge Cheryl Zwart, to resolve all remaining issues regarding the terms of the Settlement Agreement.

>                    BRUMBAUGH & QUANDAHL P.C., LLO,
>                    KIRK E. BRUMBAUGH, MARK QUANDAHL
>                    and SARA E. MILLER, Defendants
>
> BY:   /s/Joseph E. Jones
>                    Joseph E. Jones, #15970
>                    Elizabeth A. Culhane, #23632
>                    FRASER STRYKER PC LLO
>                    500 Energy Plaza
>                    409 South 17th Street
>                    Omaha, NE  68102-2663
>                    (402) 341-6000
>                    jjones@fraserstryker.com
>                    eculhane@fraserstryker.com
>                    ATTORNEYS FOR DEFENDANTS
>                    BRUMBAUGH & QUANDAHL P.C., LLO,
>                    KIRK E. BRUMBAUGH, MARK QUANDAHL
>                    AND SARA E. MILLER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the District of Nebraska using the CM/ECF system this 5th day of June, 2013, which system sent notification of such filing to counsel of record.

>                    /s/  Joseph E. Jones

877150 v1