IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON K. HENGGELER, On behalf of herself and all others similarly situated, and DAVID RANDALL, on behalf of himself and all others similarly situated,<br><br>           Plaintiffs,<br><br>V.<br><br>BRUMBAUGH & QUANDAHL, P.C., LLO, KIRK E. BRUMBAUGH, MARK QUANDAHL, LIVINGSTON FINANCIAL, LLC, MIDLAND FUNDING, LLC, A Fictitious Name, and LVNV FUNDING, LLC,<br><br>           Defendants. | 8:11CV334<br><br>ORDER |

Defendants Brumbaugh & Quandahl P.C., LLO, Kirk Brumbaugh and Mark Quandahl (collectively the "B&Q Defendants") have requested that the Court set this matter for hearing before Magistrate Judge Cheryl Zwart in order to assist the parties in finalizing the terms of a settlement agreement (filing 124). Plaintiffs object to this request, asserting that the parties are capable of resolving this matter without court intervention and that a hearing to finalize the settlement terms is unnecessary (filing 125).

Given Plaintiffs' stated objections, the Court believes that it will not be fruitful to conduct a hearing in an attempt to finalize the settlement terms.

Accordingly,

**IT IS ORDERED** that the Motion for Hearing Before Magistrate Judge Cheryl Zwart (filing 124) is denied and Plaintiffs' Objection to the Motion for Hearing (filing 125) is sustained.

**DATED June 6, 2013.**

                                                              BY THE COURT:

                                                              S/ F.A. Gossett
                                                              United States Magistrate Judge