IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON K. HENGGELER and DAVID RANDALL, On behalf of Themselves and all others similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BRUMBAUGH & QUANDAHL, P.C., LLO, *et al.,*<br><br>Defendants, | Case No.: 8:11-CV-334 |

## CORRECTED JOINT UPDATED STATUS REPORT

COME NOW, the undersigned parties through their respective counsel, and file this joint status report, pursuant to the Magistrate's docket entry at Filing No 130 in which the Court ordered the parties to jointly submit a status report to the Court:

The parties report as follows:

1. Counsel for Defendant Midland Funding, LLC and Plaintiffs have previously resolved their differences.

2. Plaintiffs Sharon K. Henggeler and David Randall and Defendants Brumbaugh & Quandahl, P.C., LLO, Kirk Brumbaugh, and Mark Quandahl (collective, the "Brumbaugh Defendants"), have reached agreement regarding all terms in the settlement agreement.

3. Plaintiffs and the Brumbaugh Defendants are in the process of finalizing the documents required to submit a Joint Motion for Preliminary Approval.

4. Plaintiffs and the Brumbaugh Defendants anticipate that they will be prepared to file a Joint Motion for Preliminary Approval by approximately mid-September, 2013.

5.	Plaintiffs' counsel requests a follow up status conference or a conference call to set deadlines to ensure that this case is progressing.

6.	Counsel for the Brumbaugh Defendants do not believe a further status conference is necessary at this time but will not object if the Court is inclined to hold another conference.

Dated:  August 29, 2013

                                  Sharon Henggeler& David Randall, Plaintiffs,

By: /s/Pamela A. Car_____
    Pamela A. Car, #18770
    Car & Reinbrecht, P.C., LLO
    8720 Frederick Street, #105
    Omaha, NE 68124
    402 391-8484
    402 391-1103 (Fax)
    pacar@cox.net
    And
    O. Randolph Bragg
    Horwitz, Horwitz& Assoc.
    25 East Washington St., #900
    Chicago, IL 60602
    312 372-8822
    312 372-1673 (Fax)
    Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on August 29, 2013, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to the following:

J. Scott Paul
Cory J. Rooney
Bryan C. Shartle
Joseph E. Jones
Elizabeth A. Culhane

      And I certify that I have mailed by regular United States Postal Service the document to the following non CM/ECF participants: NONE

      By: */s/Pamela A. Car #18770*