IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON K. HENGGELER and DAVID RANDALL, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>BRUMBAUGH & QUANDAHL, P.C., LLO, KIRK E. BRUMBAUGH, MARK QUANDAHL, LIVINGSTON FINANCIAL, LLC, MIDLAND FUNDING, LLC, a Fictitious Name, and LVNV FUNDING, LLC,<br><br>    Defendants. | **8:11CV334**<br><br><br><br>**ORDER NUNC PRO TUNC** |

This matter is before the court on its own motion.  The order granting the parties' joint motion for preliminary approval of class action settlement (Filing No. 137) is amended on page 12 as follows:

10. Class members (who do not timely elect to exclude themselves from the class) may object to the proposed settlement by filing a notice of their objections, stating whether they plan to attend the fairness hearing, with the court within 60 days of the date of this order.

11. Counsel should be prepared at the hearing to respond to objections filed by class members and to provide other information, as appropriate, bearing on whether or not the settlement should be approved.

12. Any submissions by the parties, including memoranda in support of the proposed settlement and responses to any objections, shall be filed with the court no later than seven (7) days prior to the fairness hearing.

IT IS SO ORDERED.

Dated this 30th day of October, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge